| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 2-183-2BO |||
|---|---|---|---|---|
| **NAME AND ADDRESS OF OFFENDER** Ralph Mora Bronx, New York | | DOCKET NUMBER (Rec. Court) 08CRIM 809 |||
| | | DISTRICT EASTERN NORTH CAROLINA | DIVISION WESTERN ||
| | | NAME OF SENTENCING JUDGE The Honorable Terrence W. Boyle U.S. District Court Judge |||
| | | DATES OF SUPERVISION → | FROM 04/21/2008 | TO 04/20/2013 |
| **OFFENSE** Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine Base (crack) 21 USC § 846 and Aiding and Abetting the Distribution 18 USC § 2 and Possession with Intent to Distribute Cocaine Base (crack) 21 USC § 841 |||||

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Southern District of New York upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

7-10-08
Date

*Terrence Boyle*
U.S. District Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

AUG 2 6 2008
Effective date

*Kevin Nathaniel Fox*
United States Magistrate Judge