# REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: <u>Conspiracy to possess with intent to distribute and distribution of cocaine base (Crack), (21 USC 846), Class A Felony; Aiding and abetting the distribution and possession with intent to distribute cocaine base (21 USC 841 (a)(1) and 18 USC 2), Class A Felony.</u> |
| | | ORIGINAL SENTENCE: <u>One Hundred Twenty (120) months imprisonment followed by Five (5) years of supervised release.</u> |
| FROM: | Brett Halem<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>$200 Special Assessment. The Defendant Shall Not Incur New Credit Charges or Open Additional Lines of Credit Without the Approval of the Probation Officer Unless the Defendant Is in Compliance with the Installment Payment Schedule. The Defendant Shall Provide the Probation Officer with Access to Any Requested Financial Information. The Defendant shall not use or associate with a controlled substance. The Defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment. The defendant shall support his or dependants.</u> |
| | | AUSA: Kenneth F. Whitted |
| RE: | <u>Ralph Mora</u><br>Docket # 5:99-CR-183-002 | **08 CRIM 809** |
| DATE OF SENTENCE: | <u>07/20/2000</u> | |
| DATE: | August 19, 2008 | |
| ATTACHMENTS: | JUDGMENT X | |

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On July 20, 2000, the above-mentioned individual was sentenced as outlined above in the Eastern District of North Carolina, by the Honorable Terrence W. Boyle, Chief U.S. District Judge.

On July 17, 2008, we received a letter from the Eastern District of North Carolina, advising that the Honorable Terrence W. Boyle, Chief U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Mora transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Brett Halem
U.S. Probation Officer
212-805-5121

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 8 2008